ORDER:
motion granted.
Initial case management
conference set for
December 11, 2012, is
CANCELED, to be
rescheduled if
necessary.

John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEET METAL WORKERS NATIONAL HEALTH FUND, ) ) | |
| Plaintiff, ) ) | Civil Action No. 3:12-1069 |
| ) ) | *Judge Sharp* |
| v. ) | *Magistrate Judge Bryant* |
| ) | |
| DSM, INC., ) ) | |
| Defendant. ) | |

## MOTION TO CANCEL INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff moves the Court to cancel the initial case management conference presently scheduled for December 11, 2012 at 10:00 a.m. (Docket Entry no. 2). The basis of the motion is as follows.

Plaintiff has requested the Clerk to enter default (Docket Entry no. 5), but the Clerk has not yet acted. The Defendant has not entered an appearance through counsel, and Plaintiff has no one to discuss case management issues with.

Accordingly, the Court is respectfully requested to cancel the initial case management conference, and after the Clerk enters default, Plaintiff will file an appropriate pleading to advance this civil action.

The relief requested by this motion being within the sound discretion of the Court, a supporting memorandum of law is not being filed.