UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Sheet Metal Workers National Health Fund, | ) | |
| | ) | Civil Action No: 3:12-cv-1069 |
| Plaintiff | ) | |
| | ) | Judge Sharp |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| DSM, Inc., | ) | |
| | ) | |
| Defendant | ) | |

ENTRY OF DEFAULT

Pending is Plaintiff's Request for Entry of Default Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (FRCP) against Defendant (Docket Entry No. 5). A review of the record reveals that Defendant was served on October 23, 2012, and that since being served Defendant has failed to answer within the time period allowed by law. Entry of Default against Defendant is therefore appropriate.

Accordingly, for the reasons stated above, the Clerk hereby enters default pursuant to FRCP 55(a) against Defendant DSM, Inc. This is an entry of default only. No default judgment will be granted except upon further motion pursuant to FRCP 55(b).

s/ Keith Throckmorton
Keith Throckmorton
Clerk of Court