UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEET METAL WORKERS NATIONAL HEALTH FUND, | ) ) ) |
| Plaintiff, | ) Civil Action No. 3:12-1069 ) ) |
| | ) *Judge Sharp* |
| v. | ) *Magistrate Judge Bryant* ) |
| DSM, INC., | ) ) ) |
| Defendant. | ) |

## AGREED ORDER

It appearing to the satisfaction of the Court, as evidenced by signatures on behalf of the respective parties, the parties have agreed upon a settlement and compromise of this civil action, with the Defendant to pay amounts owed to Plaintiff pursuant to a monthly payment plan. Accordingly, this civil action is dismissed subject to reopening upon petition of Plaintiff if the payment plan is not consummated. The preliminary injunction (Docket Entry no. 17) is hereby converted to a permanent injunction. DSM, Inc. is permanently enjoined to conform its conduct to 29 U.S.C. § 1145 and is required to make contributions and submit payroll reports on a timely basis in the future.

The show cause hearing set for April 12, 2013 (Docket Entry no. 22) is canceled.

The Clerk is directed to administratively close this civil action.

IT IS SO ORDERED.

/s/ Kevin H. Sharp
KEVIN H. SHARP
United States District Judge

APPROVED FOR ENTRY:

_____
R. Jan Jennings, BPR No. 1536
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Tel.: (615) 254-8801
Email: jan@branstetterlaw.com


DSM, Inc.

By: _____
Sheila DeLaup


{001184/10310/00283550.DOCX / Ver.1}                           2