UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL HEALTH FUND,  ) ) ) | |
| Plaintiff  ) ) | |
| v.  ) ) | No. 3:12-1069 Judge Sharp/Bryant |
| DSM, INC.,  ) ) | |
| Defendant  ) | |

**O R D E R**

The District Judge has granted Plaintiff's motion to reopen this case (Docket Entry No. 30), and has returned the case to the undersigned Magistrate Judge for further case management as needed.

A telephone case management conference in this case is scheduled for **Monday, June 23, 2014, at 10:00 a.m. The parties shall call 615-695-2857 in order to participate in this conference**.

It is so **ORDERED**.

/s/   John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge