ORDER:

This motion is granted. The case management conference is CANCELED to be rescheduled later if necessary.

John Bryant,
USMJ

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEET METAL WORKERS NATIONAL HEALTH FUND, ) ) | |
| ) | Civil Action No. 3:12-1069 |
| Plaintiff, ) | |
| ) | *Judge Sharp* |
| v. ) | *Magistrate Judge Bryant* |
| ) | |
| DSM, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CANCEL CASE MANAGEMENT CONFERENCE

This action is scheduled for a telephone case management conference to be conducted on June 23, 2014 at 10:00 a.m. The Sheet Metal Workers National Health Fund (Plaintiff) moves the Court to cancel the case management conference. The basis of the motion is as follows.

DSM, Inc. has not answered or otherwise defended this civil action, and on June 19, 2014 Plaintiff filed a motion and supporting documents for entry of default judgment by the Court (Docket Entry no. 34). Because there is not opposing counsel with whom to consult about matters to be discussed at the initial case management conference, the conference should be cancelled.